AT&T - Mobility
208 S. Akard Street Suite 2954
Dallas, TX 75202


Adler-Weiner Research
3121 Michelson Drive Suite 100
Irvine, CA 92612


Akshay Bathe
22955 Moonstaone Ln
Lake Forest, CA 92630


Amazon Capital Services, Inc.
PO BOX 035184
Seattle, WA 98124-5184


Amazon Web Services, Inc.
420 Montgomery Street
San Francisco, CA 94104


Arasu Group Inc.
9900 Broadway St. Apt 2241
Pearland, TX 77584


AutoRabit
2400 Camino Ramon Suite 280
San Ramon, CA 94583


Avis Technologies Inc
3476 Villa Drive
Brea, CA 92821


Beam
PO Box 75372
Cincinnati, OH 75275


Blue Cross and Blue Shield of Texas
1001 E Lookout Dr
Richardson, TX 75082

Breakwater Law Group LLP
415 South Cedros Suite 260
Solana Beach, CA 92075


CDW Direct
50 S. LaSalle
Chicago, IL 60675


CLINICAL INPUT, INC
11722 Sorrento Valley Rd Suite H
San Diego, CA 92121


CNA
151 N Franklin
Chicago, IL 60606


CPA GLOBAL LIMITED
3133 W. Frye Road
Chandler, AZ 85226


California Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001


Call Center Sales Pro
319 Blue Peacock Way Suite 1
Seymour, TN 37865


Codekeeper BV
World Trade Center
Prinses Margrietplantsoen 33
The Hague ZH 2595AM Netherlands


Core Group One, Inc.
928 Nuuanu Ave Suite 100
Honolulu, HI 96817


DMG Productions
1106 W. Indiantown Rd Suite 1
Jupiter, FL 33458

Dallas VA Research Corporation
4501 South Lancaster
Dallas, TX 75216-7168


Dean Investments, LP
41-467 Kalanianaole Hwy
Waimanalo, HI 76795


Delaware Division of Revenue
PO Box 8710
Wilmington, DE 19899-8710


Delta Force Group Inc
131 Colville
Moorseville, NC 28117


Donna Griffit
729 W Remington Dr
Sunnyvale, CA 94087


Doxy.Me Telemedicine
PO Box 207588
Dallas, TX 75320-7588


Dr. Bolin Chang
1221 Victoria St PH1
Honolulu, HI 96814


Dr. Dale Glenn
208 Alala Road
Kailua, HI 96734


Dr. Tony Das
4407 Middleton Road
Dallas, TX 75229


Ed Rodden
535 Seacliff Dr
Aptos, CA 95003

Ed Rodden (Consultant)
535 Seacliff Drive
Aptos, CA 95003


Edward M Rodden
535 Seacliff Dr
Aptos, CA 95003


Enventure
2450 Holcombe Boulevard Ste X
Houston, TX 77021


Ethos3 Communications
817 Ava Lane
Mt Juliet, TN 37122


Evergreen Research, Inc
433 Park Point Drive Suite 140
Golden, CO 80401


Fintie LLC
PO Box 3522
Dublin, OH 43016


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


Forward Finance
53 State St 20th Floor
Boston, MA 02109


Fredrikson & Byron, P.A.
200 South Sixth Street
Minneapolis, MN 55402


Freyer Investments, LLC
401 Sourth Garfield #3
Denver, CO 80209

GMC Investments, LLC
2281 Griffin Rd
Fort Lauderdale, FL 33312


GreenLight Guru
601 South Meridian St.  Suite 500
Indianapolis, IN 46225


Group 11 Advisors
1100 Town and Country Rd Ste 1111
Orange, CA 92868


Group O, INC
PO Box 860145
Minneapolis, MN 55486


Guardian
10 Hudson Yards
New York, NY 10001


Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063


Gusto
525 20th Street
San Francisco, CA 94107


Hogan Lovells
P.O. Box 75890
Baltimore, MD 21275


Holland & Knight
PO Box 864084
Orlando, FL 32886-4084


Hull & Knarr LLP
300 S. Madison Ave. Suite 300
Greenwood, IN 46142

Ikigai Medical Development LLC
1841 Sweet Clover Lane
Louisville, CO 80027


JUDY 12T, LLC, a Hawaii LLC
c/o Judy Pietsch PO Box 2196
Honolulu, HI 96805


Jessica Clark
26191 Sanz Apt C
Mission Viejo, CA 92691


John Sisson
801 Star Meadow Dr
Prosper, TX 75078


John and Sue Dean 2008 Revocable Trust
41-467 Kalanianaole Hwy
Waimanalo, HI 76795


Jon Kaneshiro
4812 Kahala Ave
Honolulu, HI 96816


Karen Chang
1221 Victoria St PH1
Honolulu, HI 96814


Karen Jaffe
4 Sevenoaks
Irvine, CA 92618


Katie Leigh
1525 Alamandine Ave
Crossroads, TX 76227


Keller Benvenutti Kim LLP
650 California Street Suite 1900
San Francisco, CA 94108

Ken Persen
16 Indian Pipe
Trabuco Canyon, CA 92679


Kingfish Statistics Data Analytics, Inc
2530 Meridian Parkway Area 300
Durham, NC 27713


L&T Technology services Limited
2035 Lincoln Highway 3002
Edison, NJ 08817


L&T Technology services Limited
30 Rockefeller Plaza
New York, NY 10112-0015


LIV4EVER LLC
1221 Victoria St PH1
Honolulu, HI 96814


LIVHI Partners LLC
202 Wailope Circle
Honolulu, HI 96821


Lachman Community Development & Conslt.
17250 Dallas Parkway
Dallas, TX 75248


Leslie J. Chow
535 Seacliff Dr
Aptos, CA 95003


Lucy Zhuang
25 Del Perlatto
Irvine, CA 92614


MASIMO CORPORATION
52 Discovery
Irvine, CA 92618

MATTHEW GAMBETTA REVOCABLE TRUST
c/o Matt Gambetta
3334 E. Coast Hwy #128
Corona del Mar, CA 92625


MNE Holdings Inc.
4462 Kahala Ave
Honolulu, HI 96814


Meritree
222 Wyndover
Irvine, CA 92620


Michael A. Sanchez
6639 145th Circle No.
Hugo, MN 55038


Michael B. Pietsch 2006 Revocable Trust
c/o Mike B. Pietsch PO Box 2196
Honolulu, HI 96805


Mike Gold
3077 Wailani Road #4
Honolulu, HI 96813


Mike Kromer
250 Holder Trl
McKinney, TX 75071


Mindpoint Group
1330 Braddock Place Ste 600
Alexandria, VA 22314


Monarch Insurance Services Inc
PO Box 3050
Honolulu, HI 96802


MuleSoft, Inc.
50 Fremont St Suite 300
San Francisco, CA 94105

Murthy Law Firm
10451 Mill Run Circle Suite 100
Owings Mills, MD 21117


NOEL N. P. SHAW 2006 REVOCABLE TRUST
c/o Noel Shaw, 3671 Diamond Head Circle
Honolulu, HI 96815


New Roots Solutions LLC
343 West Austin Avenue
Libertyville, IL 60048


PR NEWSWIRE ASSOCIATION LLC
350 Hudson St,  Suite 300
New York, NY 10014


Pannaga Sameer Kaushik Gummuluru
511 E College St Apartment 6
Carbondale, IL 62901


Parasym
16643 Bywood Lane
Minnetonka MN 55345
Ogden, UT 84201-0005


Peter Fitzgerald
15 Dos Loma Vista
Portola Valley, CA 94028


Pillsbury Winthrop Shaw Pittman LLP
333 Commerce Street  Suite 1300
Nashville, TN 37201


Pitchbook Data, Inc.
901 Fifth Avenue Suite 1200
Seattle, WA 98164


Pivotal Reimbursement Consulting
6639 145th Circle No.

Hugo, MN 55038


Pooja Banerjee
6430 Pemberton Drive
Dallas, TX 75230


Precision Monitoring
388 SW Johnson Ave Suite 201
Burleson, TX 76028


Principal
PO Box 10431
Des Moines, IA 50306-0431


Quantum Research LLC
7635 148th St W Box 247
Apple Valley, MN 55124


Rajkumar Rengaswamy
210 Ambling Dr
Brea, CA 92821


Ravix Group
226 Airport Parkway Suite 400
San Jose, CA 95110


Regus
2301 Blake Street Suite 100
Denver, CO 80205


Richard J. Blangiardi
1221 Victoria St PH1
Honolulu, HI 96814


Ross Baker
540 College St
Bellaire, TX 77401


SAMSUNG SDS AMERICA, INC.
100 Challenger Road,  6th FL

Ridgefield Park, NJ 07660


STEPHANIE M. GAMBETTA 2006 REV. TRUST
c/o Stephanie Gambetta
3334 E. Coast Hwy #128
Corona del Mar, CA 92625


Salesforce.com
PO Box No. 203141
Dallas, TX 75320-3141


Sapien Esq. Pc
117 N Acacia Ave
Solana Beach, CA 92075


Scheuren Ruffner Consultants
1402 Ruffner Road
Alexandria, VA 22302


Scottsdale Indemnity Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258


Sean McGeehan
1870 Alkali Heath Ln
Carlsbad, CA 92011


SingerLewak LLP
10960 Wilshire Blvd. 7th floor
Los Angeles, CA 90024


Sophic Synergistics LLC
1301 Fannin Street Suite 2440
Houston, TX 77002


Soul Machines Inc
44 Tehama Street Ste 411
San Francisco, CA 94105


TD Partner Solutions

8617 Copperview Dr
Dublin, OH 43016


Talley & Company
1100 Town and Country Road Suite 1111
Orange, CA 92868


Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714-9348


The MathWorks, Inc.
PO Box 21301
New York, NY 10087-1301


Tony Das
4407 Middleton Road
Dallas, TX 75229


Tracey Taylor
712 Stillwater Dr
Rockwall, TX 75087


VA North Texas Health Care Center
4500 South Lancaster
Dallas, TX 75216-7167


VIRCOM
3551 Boulevard Saint-Charles Suite 604
Kirkland Quebec H9H3C4


Van Every Law PLLC
3901 Ramble Creek Drive
McKinney, TX 75071


Velocity Group USA
576 Broadhollow Rd
Melville, NY 11747


Veracode, Inc.

Dept CH 16573
Palatine, IL 60055-6573


Veterans Healthcare Supply Solutions
13949 Alvarez Rd Ste 300
Jacksonville, FL 32218


Victor Sabattini
6268 South 2nd Street
Springfield, IL 62711


VincentBenjamin
2415 E. Camelback Road Suite 100
Phoenix, AZ 85016


Vineet Rajan
42286 Yancey Terrace
Ashburn, VA 20148


Western Institutional Review Board
DEPT 106091 PO Box 150434
Hartford, CT 06115


Willes Consulting Group, Inc.
1327 Walnutview Drive
Encinitas, CA 92024


Withings
225 Franklin St. Suite 1250
Boston, MA 02110


Yishan Ma
2725 West Canyon Ave Apt 140
San Diego, CA 92123